UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARGARITO TORRES, <br><br> Plaintiff, <br><br> v. <br><br> JADE RANGE, LLC et al., <br><br> Defendants. | Case No. 2:22-cv-05766-SB-PD <br><br> ORDER TO MEET AND CONFER AND SHOW CAUSE RE: REMAND |

  In their joint Rule 26(f) report, the parties disagree as to whether the amount in controversy exceeds $75,000.  Dkt. No. 14 at 2.  Although Plaintiff has not moved to remand, "[t]his Court has a *sua sponte* obligation to confirm that it has subject matter jurisdiction."  *Credit One Bank, N.A. v. Bennett*, No. CV-13-7786-MWF (PLAx), 2013 WL 12147577, at *1 (C.D. Cal. Oct. 29, 2013) (citing *Nevada v. Bank of Am. Corp.*, 672 F.3d 661, 673 (9th Cir. 2012)).  Accordingly, the parties are ORDERED promptly to meet and confer either in person or by videoconference and to seek to reach agreement as to whether this case genuinely involves a disputed amount in excess of $75,000.  The parties no later than September 8, 2022 shall file a joint report on (1) the outcome of their meeting and (2) their settlement efforts to date.

  If the parties do not agree that the case should be remanded, the Court ORDERS the parties to appear at an in-person hearing at 8:30 a.m. on September 16, 2022 in Courtroom 6-C to show cause why the case should not be remanded for lack of subject-matter jurisdiction.  Both parties shall file written responses no later than September 8, 2022, and either party may file a reply no later than September 13, 2022.  The mandatory scheduling conference is CONTINUED to September 16, 2022 at 8:30 a.m.  IT IS SO ORDERED.

Date: September 1, 2022

                  Stanley Blumenfeld, Jr.
                  United States District Judge